Barbara Tangwall, individually, and
Barry Donnellan in his individual capacity as
Co-Trustee of the Toni 1 Trust and
Co-Trustee of the Halibut Trust
PO Box 140118, Salcha, Alaska 99714
907-888-7087

RECEIVED

MAY 3 1 2019

Clerk, U.S. District Court
Fairbanks, AK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

GEORGE E. BUSCHER and
LOIS L. BUSCHER,

           Plaintiffs,

    v.

BARBARA TANGWALL;
DONALD TANGWALL;

        Defendants.

Case No.

4:19-cv-00018-SLG

### NOTICE OF REMOVAL

Now comes Barbara Tangwall and Barry Donnellan in his capacities shown and show their notice of removal as follows:

### GROUNDS FOR REMOVAL

1.    A companion case is currently pending before this court as Case No. 4-19-cv-00011 MMS, Tangwall v. Buscher, et al.

2.    Barbara Tangwall and Barry Donnellan officially became aware of this case on May 31, 2019.

3.    Barbara Tangwall is under a "Presiding judge's screening order". See Attached Exhibit A. She is unable to attend the hearing set for June 3, 2019, at 3 p.m. for the following reasons:

    a)    She needs to review the file in order to prepare a response. At the second paragraph 2, public viewing, at page 5, the order states that she must file a written request at least three business days prior to the viewing time.

1

Her allotted viewing time is on Thursday mornings at 10:00 a.m. She cannot abide by the Court's order since today is May 31, 2019.

b)      The Buschers have violated her civil rights as laid out in her companion case with this court. They are now continuing to violate her civil rights by attempting to deny her the right to defend this instant Forcible Entry and Detainer action.

WHEREFORE, being unable to abide by attached Exhibit A and at the same time defend this instant action we have no other court to go to.

Dated   _5/31/2019_

_Barbara Tangwall_
Barbara Tangwall, individually

_Barry Donnellan_
Barry Donnellan in his capacities
stated above

2