RECEIVED

JUL 1 1 2019

Clerk, U.S. District Court

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)**

**Case Name** George E. Buscher, Lois L. Buscher v. Barbara Tangwall, et.al.

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** [signature] **Date** 7-10-19

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

Our issues on appeal are:
1. The Court's order of remand at page 8 of attached Exhibit A, found the action is remanded to the District Court case no: 4FA-19-01974CI for lack of jurisdiction.
2. Then the Court decided to deny as moot all pending motions. Motion seems to include our answer, counter-claim, third party complaint, motion for a rule to show cause, emergency application and supplement to motion to show cause. See pages 4 & 5 of attached Exhibit C which is evident by the Court changing the caption on the case on the Order of Remand.
3. The Court cannot have it both ways, either they don't have jurisdiction and the case in its entirety is remanded or they have jurisdiction to rule on what they call pending motions and the removal must be allowed to go forward.
4. We filed a motion for clarification and reconsideration, see attached Exhibit C, the Court chose not to address the motion but once again deny the motion pursuant to the vexatious order. See attached Exhibit B.
5. The vexatious order is under review in Case No. 19-35370.
6. The Court has bifurcated the issues for an appeal which issues are appealable to the State Court and which to the 9th Circuit. The order of remand is wrong.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-Employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and Dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ 100.00 | $ | $ 100.00 | $ |
| Child Support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 255.00 | $ 630.00 | $ 255.00 | $ 630.00 |
| Unemployment Payments | $ | $ | $ | $ |
| Public-Assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify) Alaska PFD | $ 1,600.00 | $ 330.00 | $ | $ |
| TOTAL MONTHLY INCOME: | $ 1,955.00 | $ 960.00 | $ 355.00 | $ 630.00 |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

2. List your employment history for the past two years, most recent employer first.
   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| NONE | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |

3. List your spouse's employment history for the past two years, most recent employer first.
   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| NONE | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |
| | | From | | $ |
| | | To | | |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

| Other Assets | | Value |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | | Amount owed to your spouse | |
|---|---|---|---|---|
| | $ | | $ | |
| | $ | | $ | |
| | $ | | $ | |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4

Case 4:19-cv-00018-SLG   Document 13   Filed 07/11/19   Page 4 of 10

*Rev. 12/01/2018*

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| - Are real estate taxes included? ○ Yes ○ No | | |
| - Is property insurance included? ○ Yes ○ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 30.00 | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ 200.00 |
| Clothing | $ 25.00 | $ 25.00 |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 75.00 | $ 100.00 |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|   - Homeowner's or renter's | $ | $ |
|   - Life | $ | $ 90.00 |
|   - Health | $ | $ |
|   - Motor Vehicle | $ | $ 35.00 |
|   - Other | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| Specify | $ | $ |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4

6

Rev. 12/01/2018

|  | | You | | Spouse |
|---|---|---|---|---|
| Installment payments | | | | |
|   - Motor Vehicle | $ | | $ | |
|   - Credit Card (name) | $ | | $ | |
|   - Department Store (name) | $ | | $ | |
| Alimony, maintenance, and support paid to others | $ | | $ | |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ | | $ | |
| Other (specify) | $ | | $ | |
| **TOTAL MONTHLY EXPENSES** | $ | 130.00 | $ | 450.00 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?* ⚪ Yes ⦿ No

    If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?* ⦿ Yes ⚪ No

    If Yes, how much? $ 400.00

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

12. *State the city and state of your legal residence.*

City Fairbanks      State Alaska

Your daytime phone number (ex., 415-355-8000) 907-888-7087

Your age 70      Your years of schooling 14

*Feedback or questions about this form? Email us at formsta cd2.uscourts.gov*

Form 4      7      *Rev. 12/01/2018*

Case 4:19-cv-00018-SLG   Document 13   Filed 07/11/19   Page 6 of 10

Barbara Tangwall, individually, Donald
Tangwall, individually, Barry Donnellan in his individual capacity
As Co-Trustee of the Toni 1 Trust and
Co-Trustee of the Halibut Trust
PO Box 140118
Salcha, Alaska 99714
907-322-4960 (Barry)
907-888-7087(Barb)
907-460-4745(Don)

RECEIVED

JUN 24 2019

Clerk, U.S. District Court
Fairbanks, AK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

GEORGE E. BUSCHER, LOIS L.
BUSCHER,

      Plaintiffs,

v.

Case No: 4-19-cv-000018-SLG

BARBARA TANGWALL, DONALD
TANGWALL and any other occupants
of any portion of 11925/11901 Flyway Court,
Salcha, AK,

           Defendants and Third
           Party Plaintiffs,

v.

YUKON TITLE COMPANY, INC.,
An Alaska Corporation,

           Third Party Defendant.

## MOTION FOR CLARIFICATION AND RECONSIDERATION

NOW COME the Defendants and Third Party Plaintiffs in their capacities as stated and
show their motion as follows:

1.     On May 31, 2019, this Court obtained jurisdiction of this case via the notice of
removal.

*Ex. C*

1

2.      On June 14, 2019, this Court sua sponte decided it did not have jurisdiction and remanded the case back to the state court.

3.      On June 14, 2019, this Court, after remanding the case for lack of jurisdiction, denied all pending motions as moot.

4.      One of the reasons for remand was that Barbara Tangwall had not filed the original complaint from the state court action. The original complaint from the state court action was not filed because the Defendants were never served a copy of the complaint. A person is only obligated to file papers per the removal statute which they have been served.

5.      This Court had decided it did not have subject matter jurisdiction. It then denied pending motions as moot. The Court erred when on one hand it says it does not have jurisdiction and then it invokes jurisdiction to deny all pending motions as moot. The Court cannot have it both ways. Either the Court does not have jurisdiction and remands the case to the State Court with no decision on pending motions or the Court has jurisdiction to rule on all pending motions and the remand for lack of jurisdiction is improper. We need clarification.

6.      The Movants remind the Court that companion case number 4:19-cv-00011MMS is for a violation of civil rights involving property rights. It appears by this Court's order of remand that the Movants are being further deprived of their civil rights.

7.      Once the Court made the decision to remand back to the state for lack of jurisdiction the Court no longer had the authority or jurisdiction to rule on any motions in this case. This Court was done.

WHEREFORE, this Pro Se removal must be liberally construed. Either the order of remand should be set aside because the Court does have jurisdiction or all orders dismissing pending motions, which were dismissed as being moot, must be set aside because the Court lacks jurisdiction.

/Barbara Tangwall

Barry Donnellan

Donald Tangwall

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to all parties via first class mail, postage pre-paid on this 24th day of June.

George E. Buscher
PO Box 83696
Fairbanks, Alaska 99708


Lois L. Buscher
PO Box 83696
Fairbanks, Alaska 99708

Christopher E. Zimmerman
711 Gaffney Street
Suite 202
Fairbanks, Alaska 99701

Patrick Hammers
101 Lacey Street
Fairbanks, Alaska 99701

Barbara Tangwall

3

Case 4:19-cv-00018-SLG   Document 13   Filed 07/11/19   Page 9 of 10

4. *How much cash do you and your spouse have?*  $ [ ]

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| Denali Federal Credit Union | joint | $ 200.00 | $ 200.00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| | $ | | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| 1996 | FORD | | $ 1,500.00 |
| **Motor Vehicle 2: Make & Year** | **Model** | **Registration #** | **Value** |
| | | | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*