UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 27 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GEORGE E. BUSCHER; LOIS L. BUSCHER,

        Plaintiffs-Appellees,

 v.

BARBARA TANGWALL; DONALD A. TANGWALL, and any other occupants of any portion of 11925/11901 Flyway Court, Salcha, AK,

        Defendants-Appellants,

 v.

YUKON TITLE COMPANY, INC.,

        Third-party-defendant-Appellee.

No. 19-35583

D.C. No. 4:19-cv-00018-SLG
District of Alaska, Fairbanks

ORDER

Before: TASHIMA, M. SMITH, and BENNETT, Circuit Judges.

    A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not reviewable. *See* 28 U.S.C. § 1447(d); *Kunzi v. Pan Am. World Airways, Inc.*, 833 F.2d 1291, 1293 (9th Cir. 1987) (order remanding a removed action to state court for lack of subject matter jurisdiction is not reviewable). Consequently, this appeal is dismissed for lack of jurisdiction.

DA/Pro Se

All pending motions are denied as moot.

**DISMISSED.**